IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DEMETRIC GRAY PEARSON, #285-960,     \*
    Plaintiff
                                                   \*
    v.                                                   CIVIL ACTION NO. RDB-05-1739
                                                   \*
MITCHELL FRANKS, et al.,
    Defendants                             \*
                                                 \*\*\*\*\*\*

**MEMORANDUM OPINION**

       The Court is in receipt of Plaintiff's Complaint filed pursuant to 42 U.S.C. § 1983, wherein he states that Defendant Marshall improperly cut the cord off of his radio. (Paper No. 1). Plaintiff has filed a Motion for Leave to Proceed in Forma Pauperis (Paper No. 2), which shall be granted.

       Upon review of his Complaint, however, the Court concludes that it shall be dismissed under the provisions of 28 U.S.C. § 1915(e). *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *see also Denton v. Hernandez*, 504 U.S. 25, 32 (1992); *Cochran v. Morris*, 73 F.3d 1310, 1315 (4th Cir. 1996); *Nasim v. Warden*, 64 F.3d 951, 955 (4th Cir. 1995).

       In the case of damaged property, sufficient due process is afforded to a prisoner if he has access to an adequate post-deprivation remedy. *Parratt v. Taylor*, 451 U.S. 527, 542-44 (1981), *overruled on other grounds by Daniels v. Williams*, 474 U. S. 327 (1986). Maryland's Tort Claims Act and Inmate Grievance Office provide such a remedy. *See Juncker v. Tinney*, 549 F. Supp. 574, 579 (D. Md. 1982).

       Plaintiff is hereby notified that he may be barred from filing future suits in forma pauperis if he continues to file federal civil rights actions that are subject to dismissal for failure to state a claim on which relief may be granted under §1915(e) or under F.R.Civ.P. 12(b)(6).

A separate Order follows.

Dated:   July 5, 2005                                              /s/_____
                                                                                RICHARD D. BENNETT
                                                                           UNITED STATES DISTRICT JUDGE